IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:18-CR-16-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| ANTHONY DEPREE SMITH | ) | |

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that Docket Entry 73 in regard to the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and the Court orders it unsealed.

It is FURTHER ORDERED that the Clerk provide the United States and the Jacksonville Police Department with a copy of the affidavit, application for a material witness warrant, and the material witness warrant, as well as filed copies of the Motion and Order to Seal the matter.

This the 28th day of January, 2019.

HON. MALCOLM J. HOWARD
Senior United States District Judge