UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:18-CR-16-1H

UNITED STATES OF AMERICA

vs.                                    ORDER

ANTHONY DEPREE SMITH

FILED IN OPEN COURT
ON 1/28/19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 28, 2019 be turned over to Detective Justin Morris, Jacksonville, Police Department to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 36 | Crack cocaine |
| 37 | Cash |

This 28th day of January, 2018.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____