UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:18-CR-16-1H

UNITED STATES OF AMERICA

vs.  ORDER

ANTHONY DEPREE SMITH

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 29, 2019 be turned over to Detective Justin Morris, Jacksonville, Police Department to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 20 | Crack cocaine |
| 21 | Crack cocaine |
| 22 | Crack cocaine |
| 23 | Crack cocaine |
| 24 | Crack cocaine |
| 25 | Crack cocaine |
| 26 | Crack cocaine |
| 28 | Crack cocaine |
| 29 | Crack cocaine |
| 31 | Crack cocaine |
| 32 | Crack cocaine |
| 34 | Crack cocaine |
| 35 | Crack cocaine |

This 29th day of January, 2018.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____