UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:18-CR-16-1H

UNITED STATES OF AMERICA

vs.                                    ORDER

ANTHONY DEPREE SMITH

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>January 29, 2019</u> be turned over to <u>Detective Justin Morris, Jacksonville, Police Department</u> to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 39 | Crack Cocaine |
| 40 | Cell Phone |
| 41 | Cash |

This <u>29th</u> day of <u>January</u>, 2018.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature _____