IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-16-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY DEPREE SMITH, | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant's motion in limine and objection to government's 404(b) evidence. [DE #69]. This order memorializes the ruling of the court during trial. Defendant's motion is GRANTED to the extent that the government is prohibited from introducing evidence beyond the scope of the charged conspiracy, and DENIED to the extent the government is allowed to introduce evidence that occurred within the scope of the charged conduct.

This 30th day of January 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35