# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# (SOUTHERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 7:18-CR00016-H-1 |
| ANTHONY SMITH. | |

## ORDER

THIS COURT, having reviewed the *Motion Requesting to be Excused from Court Appearance* filed by Andrew C. Brooks, Esq., local counsel for the Defendant in the above-styled case, finds that Mr. Brooks' presence will not be required. The Defendant will be represented by counsel Murdoch Walker, II, Esq. at the July 9, 2019 hearing.

WHEREFORE, Mr. Brooks is hereby excused from attending the July 9, 2019 hearing scheduled in the above-styled case.

This the 21st day of June, 2019.

The Hon. Malcolm J. Howard,
U.S District Court
Eastern District of North Carolina